IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RAVEN SAYERS,

    Plaintiff,

v.                                         CASE NO. 4:25cv193-RH-MAF

UNITED STATES OF AMERICA,

    Defendant.

_____/

ANNE DAVIS et al.,

    Plaintiffs,

v.                                         CASE NO. 4:25cv198-RH-MAF

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER FOR REASSIGNMENT

These cases are closely related to earlier-filed cases in this court. The oldest is *Hernandez v. United States*, No. 4:23cv319-MW-MAF. That case is assigned to Chief District Judge Mark E. Walker. In the interest of judicial economy, and in accordance with this court's standard procedure for closely related matters,

IT IS ORDERED:

The clerk must reassign these cases to Chief Judge Walker.

SO ORDERED on April 29, 2025.

s/Robert L. Hinkle<br>United States District Judge